IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Criminal No. 4:96-cr-112 |
| v. ) | |
| TYRONE REDMOND, ) JESSE PUCKETT, ) GEORGE HARPER et al., ) | APPEARANCE |
| Defendant. ) | |

COMES NOW, Gary L. Hayward, Assistant United States Attorney, and enters his appearance on behalf of the United States of America in regard to any request for relief under 18 U.S.C. § 3582 and requests termination of previous government attorney.

United States of America

Matthew G. Whittaker
United States Attorney

By:

\s\ *Gary L. Hayward*
Gary L. Hayward
Assistant United States Attorney
110 E. Court Ave., #286
Des Moines, Iowa 50309
Tel: (515) 473-9358
FAX: (515) 473-9292
email: gary.hayward@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of Court using the EFC system which will send notification to:

Pat Hulting, Defense Counsel
Monte Brown, Defense Counsel

and sent notice via U.S. mail to the following:

Jesse Puckett, #05183-030
Terre Haute
P.O. Box 12015
Terre haute, IN 47801

By   /s/ K. Ramirez
       Paralegal Specialist